STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIDA REHEIMAN, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of the Department of Homeland Security, *et al.*, <br><br> Defendants. | C 3:21-cv-10088 JCS <br><br> **STIPULATION TO STAY PROCEEDINGS; [~~PROPOSED~~] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 18, 2022. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services' ("USCIS") scheduled an interview for Plaintiff on March 2, 2022.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 18, 2022, at which time the parties will file a joint status report with the Court. At that time, the

Stip to Stay Proceedings
C 3:21-CV-10088 JCS                  1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 23, 2022  

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 23, 2022

 /s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 24, 2022

JOSEPH C. SPERO
United States Chief Magistrate Judge